UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CESAR CAMACHO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH MICHAEL LOMBARDO, et al.,<br><br>    Defendants. | Case No. 18-cv-06504-JSW<br><br>**ORDER TO SHOW CAUSE** |

This *pro se* habeas petition, under 28 U.S.C. § 2241, was filed by Jose Cesar Camacho in this Court, before it was transferred to the United States District Court for the District of Nevada on October 29, 2018 (ECF Nos. 1, 2). The operative petition is the Second Amended Petition ("SAP"), filed November 8, 2018 (ECF No. 8). At the time he filed the SAP, he was in Clark County (Nevada) Jail, and he was challenging extradition proceedings in Marin County Superior Court. Thereafter, he was extradited to Marin County, California, and on December 19, 2018, the District of Nevada transferred the case back to this Court (ECF No. 11). He has since informed that his address has changed on two occasions --- once to an address in San Rafael, California, and then to his current address in Texas --- neither of which is a jail or prison. It appears that this petition is moot because Petitioner is no longer in custody and no longer subject to the Marin County extradition proceedings he challenges in the SAP. Additionally, if he is currently in custody in Texas, this Court is not the proper venue for a petition under Section 2241. Accordingly, **within 28 days** of the date this order is filed, Petitioner shall show cause why this

petition should not be dismissed as moot or for improper venue.  <u>Failure to do so will result in the dismissal of this action.</u>

**IT IS SO ORDERED.**

Dated: January 29, 2019

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CESAR CAMACHO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH MICHAEL LOMBARDO, et al.,<br><br>　　　　　Defendants. | Case No. 4:18-cv-06504-JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Cesar Camacho
206 W. Main Street
Weimar, TX 78962

Dated: January 29, 2019

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE

3